**PRISONER CASE**

R

FEB 0 5 2008

**FILED**

NF



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FEB 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** GERALD MEACHUM

**Defendant(s):** UNITED STATES OF AMERICA, et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Gerald Meachum
#07687-424
McKean - FCI
P.O. Box 8000
Bradford, PA 16701

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 776
JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2241

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *A. E. Woodham*   **Date:** 02/05/2008

Leinenweber   07 C 401
Cole