# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 776 | **DATE** | April 14, 2008 |
| **CASE TITLE** | U.S. ex rel. Gerald Meachum v. United States of America | | |

**DOCKET ENTRY TEXT:**

By order of 2/28/08, the court directed the petitioner either to pay the $5.00 filing fee or submit an application for leave to proceed *in forma pauperis*. The petitioner was forewarned that failure to comply would result in summary dismissal of this action. Nevertheless, the petitioner has not responded to the court's order. Accordingly, the habeas petition is dismissed for failure to pay, and for failure to comply.

Docketing to mail notices.

Mailed AO 450 form

isk