AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

U.S. ex. Rel. Gerald Meachum     **JUDGMENT IN A CIVIL CASE**

      v.     Case Number: 08 C 776

United States of America

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the petitioner Gerald Meachum having failed to comply with the court's order dated 2/28/08, the habeas petition is dismissed for failure to pay, and for failure to comply.

 

Michael W. Dobbins, Clerk of Court

Date: 4/14/2008     _____

/s/ Wanda A. Parker, Deputy Clerk